# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2012 SEP 24 PM 1 44
U.S. DISTRICT COURT
NEW HAVEN, CT.

## COMPLAINT FORM

John D. Deane
Jennifer M. Deane
Full name(s) of Plaintiff(s)
(Do not use ***et al.***)

v.

Case No. 3:12-cv-1367 JBA
(To be supplied by the Court)

Santander Consumer USA Inc.

Full names of Defendant(s)
(Do not use ***et al.***)

**A. PARTIES**

1. John D. Deane (Plaintiff) is a citizen of Connecticut (State) who presently resides at 220 Route 12 Suite 5 #207, Groton, CT 06340 (mailing address).

2. Defendant Santander Consumer USA Inc (name of first defendant) is a citizen of Texas (State) whose address is 8585 North Stemmons Freeway, Suite 1100-N, Dallas, TX 75247.

3. Defendant ______________________________ is a citizen of ____________________
(name of second defendant) (State)

whose address is __________________________________________________________.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

**B. JURISDICTION**

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Uniform Commercial Code

Connecticut General Statutes 42(a)-5-901

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case.

Plaintiffs purchased an automobile from dealership Michael Chrysler Kia located in New London, CT on or about June 2007. The vehicle in question is a 2007 Kia Rio SX, VIN KNADE123476240528, which was financed through Americredit Financial. This loan was paid in full on or about September 2008 by the Plaintiffs. The Plaintiffs had refinanced the vehicle with Citibank USA via an UNSECURED AUTOMONILE LOAN. There was no lien place on the vehicle as the loan was unsecured. On or about December 2010 this loan was sold to the Defendant by Citibank USA. The Defendant then unlawfully repossessed the vehicle on or about July, 2012 from the home of the Plaintiffs and has failed, refused and neglected to return the vehicle even when provided with the Title of the vehicle showing that they are not a lien holder or owner of the vehicle.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Unlawful repossession of vehicle

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Defendant repossessed the vehicle of the Plaintiffs without authority on or about July 2012. Plaintiffs have retained ownership of the vehicle since 2008. A copy of the Title and subsequent searches substantiating this claim are attached to and made a part of this document. Defendant has failed, refused and neglected to return the vehicle to the Plaintiffs.

**Claim II:** ______________________________

Supporting Facts:

## E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

____Yes xxx__No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

a. Parties to previous lawsuit:

Plaintiff(s):______________________________________________

______________________________________________

Defendant(s):______________________________________________

______________________________________________

b. Name and location of court and docket number ____________________

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) ______________________________________________

______________________________________________

d. Issues raised: ______________________________________________

______________________________________________

e. Approximate date of filing lawsuit: ______________________

f. Approximate date of disposition: ______________________

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

Deane V Navy Federal Credit Union

Deane V Waterford Police Department et al.

## F. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

1. That the Defendant be fined pursuant to Federal Law and State Law in the amount of $25,000.00.
2. That the Defendant be fined reasonable sanctions for the preparation, legal research and prosecution of this action in the amount of $5,000 payable to the Plaintiffs.
3. That the Defendant be required to immediately return the vehicle in question to the Plaintiffs at the expense of the Defendant. Failing a return of the vehicle, that the Defendant replace the vehicle with a brand new vehicle of the same make and model OR provide the Plaintiffs with $25,000, being the purchase price of the vehicle and subsequent interest payments.
4. That the Defendant remove any and all negative information or reference of the Plaintiffs to any source which they may or may not have reported to.
5. That the Defendant be liable to follow all orders of the Court immediately.
6. That the Court make any further Orders as needed.

## G. JURY DEMAND

Do you wish to have a jury trial? Yes XXXXX No ______

Original signature of attorney (if any)

Plaintiff's Original Signature

Printed Name

John D. Deane

Printed Name

220 Route 12 Suite 5 #207, Groton, CT 06340

860-373-7514

( )

Attorney's full address and telephone

( )

Plaintiff's full address and telephone

Email address if available

john.d.deane@gmail.com

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Groton, CT on 9/13/2012

(location) (date)

Plaintiff's Original Signature

(Rev.9/22/09)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Deane, John D. | ) | |
| Deane, Jennifer M. | ) | |
| Plaintiffs | ) | |
| V | ) | Case No:________________ |
| | ) | |
| Santander Consumer USA, Inc. | ) | |
| Defendant | ) | |

**D. PARTIES**

4. Plaintiff Jennifer M. Deane is a citizen of Connecticut whose address is 220 Route 12 Suite 5 #207, Groton, CT 06340

Very respectfully submitted,

______________________________

Jennifer M. Deane

The Plaintiff

220 Route 12 Suite 5 #207

Groton, CT 06340

Phone: 860-373-7514

john.d.deane@gmail.com

# CERTIFICATE OF TITLE

## STATE OF CONNECTICUT
## DEPARTMENT OF MOTOR VEHICLES

| VEHICLE IDENTIFICATION NUMBER (VIN) | YEAR | MAKE | MODEL | BODY STYLE | CYL. | NEW/USED |
|---|---|---|---|---|---|---|
| KNADE123476240527 | 2007 | KIA | RIO | 4D SED | 04 | NEW |

| TITLE NUMBER | DATE OF ISSUE | PRIOR TITLE NUMBER | PRIOR TITLE STATE | PURCHASE DATE | ODOMETER READING |
|---|---|---|---|---|---|
| 030466742 | 07/05/2007 | | | 05/31/2007 | 000007 |

**OWNER(S):**
DEANE JENNIFER M
105 BOULDER DR
NEW LONDON CT 06320

**FIRST LIENHOLDER:**
AMERICREDIT FINANCIAL SE
PO BOX 182673
ARLINGTON TX 76096

**DATE OF LIEN:** 05/31/2007

**SECOND LIENHOLDER:**

**DATE OF LIEN:**

## RELEASE OF LIENS

**FIRST LIEN INTEREST IN DESCRIBED VEHICLE IS HEREBY RELEASED**

NAME: LIEN RELEASED

AUTHORIZED SIGNATURE: X DEPT. OF MOTOR VEHICLES

DATE RELEASED: 3-1-12

**SECOND LIEN INTEREST IN DESCRIBED VEHICLE IS HEREBY RELEASED**

NAME:

AUTHORIZED SIGNATURE: X

DATE RELEASED:

SB0604 REV. 01/11

The Commissioner of Motor Vehicles hereby certifies that an application for a certificate of title for the motor vehicle described herein has been duly filed, pursuant to the provisions of the laws of the State of Connecticut, and based on the statements of the applicant and the records on file with this agency. The applicant named is the owner of said vehicle. The Department of Motor Vehicles further certifies that the vehicle is subject to any security interests shown herein.

VEHICLE IDENTIFICATION NUMBER (VIN)

TITLE NUMBER

IN WITNESS WHEREOF, I have affixed my hand.

Melody A. Currey

COMMISSIONER OF MOTOR VEHICLES

**THIS IS A DUPLICATE TITLE AND MAY BE SUBJECT TO THE RIGHTS OF A PERSON UNDER THE ORIGINAL CERTIFICATE.** D01

VOID IF ALTERED

NO SELLER SHALL ASSIGN TITLE OF A VEHICLE WITHOUT INSERTING THE BUYER'S NAME AND ADDRESS ON THE ASSIGNMENT AND WARRANTY OF TITLE.

# ASSIGNMENT OF OWNERSHIP

NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT

BUYER(S): Do not sign below until all sections of the assignment have been completed and signed by seller(s).

Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## TRANSFER BY OWNER

Is the vehicle in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that the odometer now reads ☐☐☐☐☐☐ (No tenths) miles and to the best of my knowledge that the odometer reading specified here reflects the ACTUAL MILEAGE of the vehicle described herein unless one of the following statements is checked.

CHECK A BOX BELOW ONLY IF APPLICABLE

☐ I hereby certify that the odometer reading reflects the amount of MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS. *(The odometer started at zero again)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

NAME OF BUYER(S) (Please print) | DEALER'S LICENSE NO. *(If dealer)*

ADDRESS OF BUYER(S) (Please print)

NAME OF LIENHOLDER TO BE SHOWN ON NEW TITLE *(If no lien, print "NONE")* | DATE OF LIEN

SIGNATURE OF BUYER(S) *(Or authorized official)* | PRINTED NAME OF BUYER(S) *(Authorized official)*

ADDRESS OF SELLER(S) (Please print) | DATE SOLD | DEALER'S LICENSE NO. *(If dealer)*

SIGNATURE OF SELLER(S) OR AUTHORIZED | PRINTED NAME OF SELLER(S) *(Authorized official)*

## FIRST RE-ASSIGNMENT BY LICENSED DEALER

Is the vehicle in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that the odometer now reads ☐☐☐☐☐☐ (No tenths) miles and to the best of my knowledge that the odometer reading specified here reflects the ACTUAL MILEAGE of the vehicle described herein unless one of the following statements is checked.

CHECK A BOX BELOW ONLY IF APPLICABLE

☐ I hereby certify that the odometer reading reflects the amount of MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS. *(The odometer started at zero again)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

NAME OF BUYER(S) (Please print) | DEALER'S LICENSE NO. *(If dealer)*

ADDRESS OF BUYER(S) (Please print)

NAME OF LIENHOLDER TO BE SHOWN ON NEW TITLE *(If no lien, print "NONE")* | DATE OF LIEN

SIGNATURE OF BUYER(S) *(Or authorized official)* | PRINTED NAME OF BUYER(S) *(Authorized official)*

ADDRESS OF SELLER(S) (Please print) | DATE SOLD | DEALER'S LICENSE NO. *(If dealer)*

SIGNATURE OF SELLER(S) OR AUTHORIZED | PRINTED NAME OF SELLER(S) *(Authorized official)*

## SECOND RE-ASSIGNMENT BY LICENSED DEALER

Is the vehicle in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that the odometer now reads ☐☐☐☐☐☐ (No tenths) miles and to the best of my knowledge that the odometer reading specified here reflects the ACTUAL MILEAGE of the vehicle described herein unless one of the following statements is checked.

CHECK A BOX BELOW ONLY IF APPLICABLE

☐ I hereby certify that the odometer reading reflects the amount of MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS. *(The odometer started at zero again)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

NAME OF BUYER(S) (Please print) | DEALER'S LICENSE NO. *(If dealer)*

ADDRESS OF BUYER(S) (Please print)

NAME OF LIENHOLDER TO BE SHOWN ON NEW TITLE *(If no lien, print "NONE")* | DATE OF LIEN

SIGNATURE OF BUYER(S) *(Or authorized official)* | PRINTED NAME OF BUYER(S) *(Authorized official)*

ADDRESS OF SELLER(S) (Please print) | DATE SOLD | DEALER'S LICENSE NO. *(If dealer)*

SIGNATURE OF SELLER(S) OR AUTHORIZED | PRINTED NAME OF SELLER(S) *(Authorized official)*

X

M185191

# APPLICATION FOR DUPLICATE CERTIFICATE OF TITLE AND OWNERSHIP TRANSFER IN ABSENCE OF TITLE

H-6B REV. 11-04

## INSTRUCTIONS

### WHO MAY APPLY

1. The owner may apply for a duplicate certificate of title,
   a) if no lienholder was listed on the original certificate of title.
   b) if proof of satisfaction is presented for any lien listed on the original certificate of title.
2. The lienholder shall apply for a duplicate certificate of title, if a lien is still outstanding.

### HOW TO COMPLETE

1. Please print in ink or type. (Stikeovers or erasures are not acceptable.)
2. For a duplicate title fill in:
   a) Section 1 - Vehicle and title information
   b) Section 3 - Notarization of signature
3. For dupcliate title and ownership transfer fill in:
   a) Section 1 - Vehicle and Title information
   b) Section 2 - Ownership transfer
   c) Section 3 - Notarization of signature

WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**FEE: $25.00**
(Make check payable to "DMV")
VOID UNLESS VALIDATED ABOVE BY DMV

TO: State of Connecticut, Department of Motor Vehicles, 60 State Street, Wethersfield, CT 06161-5520

**SECTION 1 VEHICLE AND TITLE INFORMATION HERE**

REASON FOR APPLICATION (Check one): [X] OWNERSHIP TRANSFER [ ] DUPLICATE TITLE

IF REQUESTING DUPLICATE TITLE (Check one below): [X] LOST [ ] STOLEN [ ] MUTILATED (Please attach) [ ] DESTROYED

| TITLE NUMBER | REG. PLATE NUMBER | VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR |
|---|---|---|---|---|
| 341668 | 283TTT | KNAFE 12347624 0527 | Kia | 2007 |

NAME(S) OF OWNER(S) AS ON TITLE (Last, First, Middle Initial) AND ADDRESS (Number and Street, City or Town, State, Zip Code): Deane, Jennifer M. 116 Dartmouth Dr, Mystic, CT 0635

LIENHOLDER ON TITLE (Name and Address) IF YOUR LIEN (Loan) HAS BEEN SATISFIED, PLEASE SUBMIT A LETTER FROM THE LIENHOLDER STATING SUCH.: AmeriCredit

**SECTION 2 OWNERSHIP TRANSFER AND ODOMETER STATEMENT**

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked.

ODOMETER READING (No tenths): 39000

[ ] I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)

[ ] I hereby certify that the odometer reading is not actual milege. WARNING: ODOMETER DISCREPANCY

NAME OF BUYER (Please Print): Deane, Jennifer M.
CHECK ONE IF CO-OWNED: [ ] AND (Common) [X] OR (Joint)
NAME OF BUYER (Please Print): Deane, John D.
DEALER'S LICENSE NO. (if dealer): —

ADDRESS OF BUYER(S): 116 Dartmouth Dr, Mystic, CT 06355

SIGNATURE OF BUYER(S) (Or authorized official): X [signature]
PRINTED NAME OF BUYER(S) (Or authorized official): Jen Deane John Deane
TRANSFER DATE: 1/28/12

The information provided to the Commissioner of Motor Vehicles herein is subscribed by me, under penalty of false statement, in accordance with the provisions of Section 14-110 and 53a-157b of the Connecticut General Statutes. I understand that if I make a statement which I do not believe to be true, with the intent to mislead the Commissioner, I will be subject to prosecution under the above-cited laws.

**SELLER(S):** The undersigned seller(s) hereby state(s) that the vehicle described on this application was transferred to the buyer(s) specified above. If joint ownership, the undersigned seller(s) attest(s) that all other living joint owners not signing below have been duly notified of the transfer.

**BUYER(S):** Do not sign until all sections have been completed and signed by seller(s). Signing indicates that you are aware of the ODOMETER STATEMENT.

**SECTION 3 NOTARY**

SIGNATURE (Owner(s) or lienholder of record): X [signature]
PRINTED NAME(S): Deane, Jennifer M.

SUBSCRIBED AND SWORN BEFORE ME
PLACE SWORN: [illegible]
DATE SWORN: 1-29-12
SIGNATURE (Notary Public, JIP, Comm of S.C.): X [signature]

**DID YOU REMEMBER TO:**

1. Have this application notarized.
2. Submit a check made out to "DMV" for $25.00.
3. Sign the application in Section 3 if you are the owner or lienholder.
4. (If you had a lien on the vehicle) Enclose a letter, from the lienholder, stating the lien was satisfied (paid-off).

**FORWARD TITLE TO: (Please print or type)**

NAME (Last, First, Middle Initial): Deane, John D.
ADDRESS (Number and Street): 116 Dartmouth Dr.
(City or Town): Mystic (State): CT (Zip Code): 06355

TITLE MAILER



AMERICREDIT

P.O. Box 183834
Arlington, TX 76096-3621

Date: June [illegible]

**JOHN D DEANE**
**AND JENNIFER M DEANE**
**PO BOX 93**
**FORT BELVOIR, VA 22060**

**Customer Name:** JOHN D DEANE AND JENNIFER M DEANE
**Vehicle: 2007 KIA RIO**

**Account Number: 434998407**

**VIN: KNADE123476240527**

**RE:** Request for Zero Balance Letter

In response to your request, the current balance of the above referenced account is $0.00. Our records indicate JENNIFER M DEANE paid the loan in full on 9-15-08. This information is subject to change should any updates occur to the account payment history.

For any questions concerning this account please contact the Customer Service Center at 1-800-284-2271.

Hours of Operations:
Monday through Thursday, 7:00 a.m. to 8:00 p.m. CT
Friday, 7:00 a.m. to 7:00 p.m. CT
Saturday, 7:00 a.m. to 4:00 p.m. CT

Sincerely,

AmeriCredit Financial Services
Customer Service Center

bh/Pranivong

Zero Balance Letter.doc

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES
60 STATE STREET WETHERSFIELD, CONNECTICUT 06161
On The Web At http://dmvct.org

Jennifer M. Deane
220 Route 12 Suite 5 #207
Groton, CT 06340

RE:

| YEAR | MAKE | MODEL | NO. OF CYL. |
|---|---|---|---|
| 2007 | KIA | RIO | 04 |

VEHICLE IDENTIFICATION NUMBER *(VIN)*
KNADE123476240527

NAME OF OWNER(S)
Jennifer M. Deane

ADDRESS OF OWNER(S)
105 Boulder Dr New London, CT 06320

Dear Sir/Madam:

Replying to your recent request, there is enclosed herewith a Certificate of Search on the above captioned vehicle.

Title Division
Department of Motor Vehicles




STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**
*TITLE SECTION*
On The Web At http://dmvct.org

# CERTIFICATE OF SEARCH

This is to certify that a search of the records of the Department of Motor Vehicles, Title Division, made in accordance with provisions of Section 14-192 of the Connecticut General Statutes, 1958 Revision, from July 1, 1959 to the date hereof, discloses the person(s) listed below at the address indicated as the owner(s) of record of the following described motor vehicle on which the designated Certificate of Title has been issued. The record of the described motor vehicle is free of all encumbrances except those listed below.

## OWNER(S) OF RECORD

NAME OF OWNER(S)
Jennifer M. Deane

ADDRESS OF OWNER(S) NUMBER AND STREET | CITY OR TOWN | STATE | ZIP CODE
105 Boulder Dr New London, Ct 06320

## VEHICLE INFORMATION

VEHICLE IDENTIFICATION NUMBER
KNADE123476240527

| YEAR | MAKE | MODEL | NO. OF CYLINDERS |
|---|---|---|---|
| 2007 | Kia | Rio | 04 |

## TITLE INFORMATION

| TITLE NUMBER | DATE OF FILING |
|---|---|
| 30466742 | 6/9/07 |

## ENCUMBRANCE(S)

| NAME OF FIRST LIENHOLDER | DATE OF FIRST LIEN |
|---|---|
| Americredit Financial Se | 5/31/07 |

ADDRESS OF FIRST LIENHOLDER
P.O. Box 182673 Arlington, TX 76096

| NAME OF SECOND LIENHOLDER | DATE OF SECOND LIEN |
|---|---|
| | |

ADDRESS OF SECOND LIENHOLDER

REMARKS:
The above owner purchased this vehicle on May 31, 2007 and is still the current owner of record.

CERTIFICATION IF REQUESTED

The above described motor vehicle may be subject to the rights of a supplier of services and/or materials, the statutory lien rights of the United States, this state or any political sub-division of this state. The above described motor vehicle may be subject to a security interest perfected under the personal property laws prior to July 1, 1959, or the inchoate rights of a lienholder under Section 14-185(b) of the Connecticut General Statutes, 1958 Revision, as amended.

COMMISSIONER OF MOTOR VEHICLES

H-82 REV. 6-2003

**TITLE RECORDS REQUEST**
J-23T Rev. 7-2011

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**
*TELEPHONE NUMBER: 860-263-5700*
On The Web At ct.gov/dmv

DMV VALIDATION
~~CR,TLE SER 40.00~~
07/16/12 630 042 D07 1212 0075 40.00

| TITLE RECORDS, CHECK (✓) REQUEST(S) BELOW | FILL IN SECTION(S) | UNIT PRICE | RECORDS AVAILABLE |
|---|---|---|---|
| ☑ **Title Record** *(Copy of computer record showing title, owner and lien information)* | 1 & 2 | $20.00 | Current Information |
| ☐ **Application for Title** *(Copy of application for current title, Form H-13)* This is NOT a duplicate title | 1 & 2 | $20.00 | Current Information |
| ☐ **Canceled Title** *(Copy of front and back of canceled title)* | 1 & 2 | $20.00 | Current Plus Previous 4 Years |
| ☑ **Certificate of Search** *(Written verification of current title record)* | 1 & 2 | $20.00 | Current Information |
| ☐ **Title History** *(Written verification of title history as of a specific date)* Enter date ______ | 1 & 2 | $20.00 | |
| ☐ **Bill of Sale** *(Copy of bill of sale if available)* | 1 & 2 | $20.00 | |
| ☐ **Miscellaneous Request** *(Please specify)* | 3 | $20.00 | |

☐ **Certified copy of uncertified items** *(Add $20.00 to unit price per item)*

DMV USE ONLY - ID CHECK
✓ CK 2014833639

ATTORNEY'S JURIS #

ATTORNEY NAME OR CASE NAME AND COURT LOCATION

Private investigators license must be shown and recorded, along with a second form of ID.

**TO: Department of Motor Vehicles, Title Division, 60 State Street, Wethersfield, CT 06161-0503**

**REQUEST SECTION**

LIST BELOW THE INFORMATION NECESSARY FOR EACH REQUEST. A VEHICLE IDENTIFICATION NUMBER MUST BE PROVIDED FOR EACH REQUEST OR THE REQUEST MAY NOT BE FILLED.

APPLICANT, READ INSTRUCTIONS AND SPECIFY CODE 1, 2, 3, 4, 5, 6, 7, 8, 9 OR 10 — CODE NO. 10

**DECLARATION** I declare under the penalties of false statement as set forth in Section 53a-157b of the Connecticut General Statutes that I will use the information obtained only for a purpose stated on the reverse of this form.

SIGNATURE OF APPLICANT: X [signature]
PRINTED NAME OF APPLICANT: Jennifer Deane
DATE SIGNED: 7/3/12
OPERATOR'S LICENSE NO. or FED. EMPLOYER ID NO.: 147731787
TELEPHONE NO. (Required): 860-271-5721

| SECTION | FIELDS | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| SECTION 1 | OWNER'S NAME (Last, First, Middle Initial): Deane, Jennifer, M.<br>OWNER'S ADDRESS (Number and Street, City or Town, State, Zip Code): 116 Dartmouth Drive, Mystic, CT 06355 | 1 | 20.00 | 20.00 |
| SECTION 2 | VEHICLE IDENTIFICATION NUMBER: KNADE123476240527<br>VEHICLE MAKE: KIA; VEHICLE YEAR: 2007; REGISTRATION PLATE NUMBER: 283-TTT; AS OF (Date): 7/32012 | 1 | 20.00 | 20.00 |
| SECTION 3 | MISCELLANEOUS REQUEST (Please Specify) | | | |
| | | | TOTAL | 40.00 |
| | | | DMV USE ONLY — AMOUNT RECEIVED | |

APPLICANT: *Print or Type Your Name and Mailing Address Below. If using a P.O. Box, STREET ADDRESS MUST ALSO BE INCLUDED.*

NAME: Jennifer M. Deane
NUMBER AND STREET: 220 Route 12 Suite 5 #207
CITY OR TOWN: Groton STATE: CT ZIP CODE: 06340

**IDENTIFICATION REQUIRED**
**SEE REVERSE SIDE**