UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEAN D. DEANE
JENNIFER M. DEANE

    vs.                              CIVIL NO: 3:12CV1367 JBA

SANTANDER CONSUMER, USA, INC.

## JUDGMENT

This action came on for consideration before the Honorable Janet Bond Arterton, United States District Judge, on defendant's motion to dismiss.

The Court having considered all of the papers filed in conjunction with the motion to dismiss, on November 4, 2013, entered a Order of Dismissal granting the motion to dismiss, absent any opposition from the plaintiffs.

It is hereby ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut: November 7, 2013

                                                Robin D. Tabora, CLERK

                                          BY    /s/
                                              Betty J. Torday
                                              Deputy Clerk

EOD 11/7/13